# United States Court of Appeals for the Federal Circuit

-----

November 15, 2019

**ERRATA**

-----

Appeal No. 2018-2095

**MICHAEL MONTELONGO,**
*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent*

Decided:  October 2, 2019
Precedential Opinion

-----

Please make the following changes:

On page 5, line 7, after "widows," "or widowers" is added.

On page 5, line 11, "8842" is changed to "8442".